IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **DEBBIE MARIE FERGUSON,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Case No. CIV-09-286-R |
| | ) |
| **MICHAEL J. ASTRUE, Commissioner,** | ) |
| **Social Security Administration,** | ) |
| | ) |
| **Defendant.** | ) |

## JUDGMENT

In accordance with the Order entered this 31st day of July, 2012, it is ORDERED, ADJUDGED and DECREED that the Judgment entered herein is further amended as follows:

Plaintiff's attorney is awarded $14,734.20 in attorney fees pursuant to 42 U.S.C. § 406(b) and shall upon receipt thereof, refund to Plaintiff $4,785.60 in EAJA fees awarded to Plaintiff on June 4, 2010.

ENTERED this 31st day of July 2011.

DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE

1